**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter __7__

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **HYDRO-FLO TECHNOLOGIES, INC.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 36-3768129 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3985 COMMERCE ST.** **Saint Charles, IL 60175** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kane** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.hydroflotech.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor   **HYDRO-FLO TECHNOLOGIES, INC.**                                    Case number (*if known*) _____
      Name

---

**7.   Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.

        **3333**

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ■ Chapter 7

    ☐ Chapter 9

    ☐ Chapter 11. *Check all that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

    ■ No.

    ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|--------|------|--------|-------------|--------|
| District | _____ | When | _____ | Case number | _____ |

---

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

    ■ No

    ☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
|--------|--------|------|--------|--------------|--------|
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor   **HYDRO-FLO TECHNOLOGIES, INC.**

Name                                                                   Case number (*if known*) _____

---

| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

| **13.** | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| **14.** | **Estimated number of creditors** | | | |
|---|---|---|---|---|

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

| **15.** | **Estimated Assets** | | | |
|---|---|---|---|---|

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| **16.** | **Estimated liabilities** | | | |
|---|---|---|---|---|

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | HYDRO-FLO TECHNOLOGIES, INC. | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  7, 2017**
MM / DD / YYYY

**X /s/ Robert Julian, Jr.**
Signature of authorized representative of debtor

**Robert Julian, Jr.**
Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Derrick B. Hager**
Signature of attorney for debtor

Date   **September  7, 2017**
MM / DD / YYYY

**Derrick B. Hager**
Printed name

**Derrick b. Hager, P.C.**
Firm name

**245 W. Roosevelt Rd.
Building 15, Suite 119
West Chicago, IL 60185**
Number, Street, City, State & ZIP Code

Contact phone    **630-587-7490**    Email address    **dirkhager@sbcglobal.net**

**6286310**
Bar number and State

Debtor  **HYDRO-FLO TECHNOLOGIES, INC.**                    Case number (*if known*) _____
        Name

---

■ **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  6, 2017**
              MM / DD / YYYY

X _____        **Robert Julian, Jr.**
Signature of authorized representative of debtor     Printed name

Title   **President**

---

**18. Signature of attorney**   X _____        Date **September  6, 2017**
                                Signature of attorney for debtor                    MM / DD / YYYY

**Derrick B. Hager**
Printed name

**Derrick b. Hager, P.C.**
Firm name

**245 W. Roosevelt Rd.**
**Building 15, Suite 119**
**West Chicago, IL 60185**
Number, Street, City, State & ZIP Code

Contact phone  **630-587-7490**      Email address  **dirkhager@sbcglobal.net**

**6286310**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name   **HYDRO-FLO TECHNOLOGIES, INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  7, 2017**     X /s/ Robert Julian, Jr.
Signature of individual signing on behalf of debtor

**Robert Julian, Jr.**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **HYDRO-FLO TECHNOLOGIES, INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  6, 2017**      X _____
                                            Signature of individual signing on behalf of debtor

                                            **Robert Julian, Jr.**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Official Form 202                          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name   **HYDRO-FLO TECHNOLOGIES, INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                 12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................ $ **0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................... $ **0.00**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ **926,834.40**

4. Total liabilities ...........................................................................................
   Lines 2 + 3a + 3b                                                                $ **926,834.40**

**Fill in this information to identify the case:**

Debtor name **HYDRO-FLO TECHNOLOGIES, INC.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

**Part 2:**   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**   Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☒ No. Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:**   Investments

13. **Does the debtor own any investments?**

   ☒ No. Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☒ No. Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☒ No. Go to Part 7.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **HYDRO-FLO TECHNOLOGIES, INC.**    Case number *(If known)* _____
Name

☐ Yes Fill in the information below.

<hr>

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

<hr>

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

<hr>

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **SEE SOFA paragraph #5** | | $0.00 | | $0.00 |

56.    **Total of Part 9.**                                                                                    $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

<hr>

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

<hr>

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **HYDRO-FLO TECHNOLOGIES, INC.**                                    Case number *(If known)* _____
           Name

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **HYDRO-FLO TECHNOLOGIES, INC.**                              Case number *(If known)* _____
      Name

---

**Part 12:**    Summary

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name    **HYDRO-FLO TECHNOLOGIES, INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **HYDRO-FLO TECHNOLOGIES, INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$480.00** |
| | **A&M Sheet Metal** | ☐ Contingent | |
| | **6 N. 081 Hillside** | ☐ Unliquidated | |
| | **Saint Charles, IL 60175** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor Account** | |
| | Last 4 digits of account number  **1526** | Is the claim subject to offset?■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,202.20** |
| | **ABTREX Industries, Inc.** | ☐ Contingent | |
| | **28530 Reynolds Ave.** | ☐ Unliquidated | |
| | **Inkster, MI 48414** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor Account** | |
| | Last 4 digits of account number  **8166** | Is the claim subject to offset?■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$818.58** |
| | **Air Service Company** | ☐ Contingent | |
| | **211 Seegers Ave.** | ☐ Unliquidated | |
| | **Elk Grove Village, IL 60007** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor Account** | |
| | Last 4 digits of account number  **5532** | Is the claim subject to offset?■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,115.75** |
| | **AirGas USA** | ☐ Contingent | |
| | **PO Box 802576** | ☐ Unliquidated | |
| | **Chicago, IL 60680-2576** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor Account** | |
| | Last 4 digits of account number  **1956** | Is the claim subject to offset?■ No  ☐ Yes | |

| Debtor | **HYDRO-FLO TECHNOLOGIES, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $637.08 |
|---|---|---|---|

**Alarm Detection Systems, Inc**
**1111 Church Rd.**
**Aurora, IL 60505**

Date(s) debt was incurred _

Last 4 digits of account number  **4681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |
|---|---|---|---|

**All Pro Transportation**
**PO Box 614**
**Crystal Lake, IL 60039-0614**

Date(s) debt was incurred _

Last 4 digits of account number  **8948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,065.39 |
|---|---|---|---|

**Arbortech Corporation**
**3607 Chapel Hill Rd.**
**Johsburg, IL 60051-2515**

Date(s) debt was incurred _

Last 4 digits of account number  **6830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,460.00 |
|---|---|---|---|

**Argo Industries**
**4430 N. 127th St.**
**Brookfield, WI 53005**

Date(s) debt was incurred _

Last 4 digits of account number  **7760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184.00 |
|---|---|---|---|

**Automation Direct**
**Lockbox 402417**
**Atlanta, GA 30384-2417**

Date(s) debt was incurred _

Last 4 digits of account number  **3647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.89 |
|---|---|---|---|

**Bearing Headquarters**
**PO Box 6267**
**Broadview, IL 60155-6267**

Date(s) debt was incurred _

Last 4 digits of account number  **6899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.35 |
|---|---|---|---|

**Bearing Headquarters**
**2515 Production**
**Saint Charles, IL 60174**

Date(s) debt was incurred _

Last 4 digits of account number  **4936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **HYDRO-FLO TECHNOLOGIES, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**Best Manufacturing**
231 Powers Road . Hwy 251 N.
Rochelle, IL 61068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Account**

Last 4 digits of account number  **1626**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407.40 |
|---|---|---|---|

**Blue Grace Logistics**
Dept. 108
PO Box 4964
Houston, TX 77210-4964

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Account**

Last 4 digits of account number  **QA22**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $749.00 |
|---|---|---|---|

**C H Robinson Worldwide**
PO Box 9121
Minneapolis, MN 55480-9121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Account**

Last 4 digits of account number  **5094**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,779.05 |
|---|---|---|---|

**Chicago Boiler Company**
1300 Northwestern Ave.
Gurnee, IL 60031-2348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Account**

Last 4 digits of account number  **5701**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $816.57 |
|---|---|---|---|

**Chicago Chain & Trans**
PO Box 3516
Oakbrook, IL 60522-3516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Account**

Last 4 digits of account number  **7996**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,696.58 |
|---|---|---|---|

**City of Saint Charles**
2 E. Main Street
Saint Charles, IL 60174-1984

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Account**

Last 4 digits of account number  **3016**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**Coast 2 Coast Logistics**
670 Superior Ct. Ste 103
Medford, OR 97504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Account**

Last 4 digits of account number  **3230**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **HYDRO-FLO TECHNOLOGIES, INC.**                          Case number (if known) _____
          Name

| | | |
|---|---|---|
| **3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |

**3.19** | **Nonpriority creditor's name and mailing address**
**Control Masters Inc.**
5235 Katrine Ave.
Downers Grove, IL 60515

As of the petition filing date, the claim is: Check all that apply.                **$3,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **7528**

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**
**Custom FAB Co.**
6026 Forest Hills Rd.
Loves Park, IL 61111

As of the petition filing date, the claim is: Check all that apply.                **$34,058.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **8518**

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**
**Dreisilker Electric**
PO Box 661041
Chicago, IL 60666-1041

As of the petition filing date, the claim is: Check all that apply.                **$2,002.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **5179**

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**
**Elgin Paper Co.**
1025 McLean Blvd.
Elgin, IL 60123

As of the petition filing date, the claim is: Check all that apply.                **$115.99**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **2674**

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**
**ENPRO**
121 S. Lombard Rd.
Addison, IL 60101

As of the petition filing date, the claim is: Check all that apply.                **$22,268.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **3456**

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**
**Federal Express Corp.**
PO Box 94515
Palatine, IL 60094-4515

As of the petition filing date, the claim is: Check all that apply.                **$55.02**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **1195**

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**
**Financial Pacific Leasing**
PO Box 749642
Los Angeles, CA 90074-9642

As of the petition filing date, the claim is: Check all that apply.                **$3,277.66**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **1929**

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **HYDRO-FLO TECHNOLOGIES, INC.**
_____    Case number (if known)    _____
Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Fox Valley Security Systems**
30 N. Airlite
Elgin, IL 60123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0361**

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.88 |
|---|---|---|---|

**Grainger**
Dept. 834470221
Palatine, IL 60038-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3451**

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $889.34 |
|---|---|---|---|

**Graybar Electric Company**
12431 Collections Drive
Chicago, IL 60693-2431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0301**

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Harmony Metal Fabricators**
148 Industrial Drive
Gilberts, IL 60136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2070**

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.14 |
|---|---|---|---|

**Harrington Ind. Plastic**
PO Box 991099
Louisville, KY 40269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2854**

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,055.18 |
|---|---|---|---|

**Hi-Grade Welding & MFG**
140 E. Commerce Dr.
Schaumburg, IL 60173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3403**

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Higgins & Burke, PC**
2560 Foxfield Rd. Ste 200
Saint Charles, IL 60174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3244**

Basis for the claim:  **Professional Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **HYDRO-FLO TECHNOLOGIES, INC.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$732.00** |

**Illinois Machine Co. Inc.**
**421 Harvester Ct.**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Account**

Last 4 digits of account number  **4506**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | | **$6,981.01** |

**Indelco Plastics**
**6530 Cambridge St.**
**Minneapolis, MN 55426**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Account**

Last 4 digits of account number  **0192**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | | **$13,500.00** |

**Kal-Lite**
**40 River Rd.**
**Bow, NH 03304**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Account**

Last 4 digits of account number  **9597**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | | **$574.29** |

**Konica Minolta Bus Solutions**
**Dept CH 19188**
**Palatine, IL 60055-9188**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Account**

Last 4 digits of account number  **0715**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | | **$35,000.00** |

**Libovich Bros., Inc.**
**2116 Preston St.**
**Rockford, IL 61102**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **judgment creditor**

Last 4 digits of account number  **0309**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | | **$10,608.00** |

**Linear Kinetics, Inc.**
**2 S. 154 Merril Ave.**
**Kaneville, IL 60144**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Account**

Last 4 digits of account number  **1864**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | | **$235.45** |

**Madison Company**
**27 Business Park Drive**
**Branford, CT 06405**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor Account**

Last 4 digits of account number  **2001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **HYDRO-FLO TECHNOLOGIES, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$718.00** |
| | **Mar-Fre Manufacturing** | ☐ Contingent | |
| | **2541 DuKane Dr.** | ☐ Unliquidated | |
| | **Saint Charles, IL 60174** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor Account** | |
| | Last 4 digits of account number  **8029** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,035.73** |
| | **McMaster-Carr** | ☐ Contingent | |
| | **PO Box 7690** | ☐ Unliquidated | |
| | **Chicago, IL 60680-7960** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor Account** | |
| | Last 4 digits of account number  **0265** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,382.52** |
| | **Menard's** | ☐ Contingent | |
| | **Capital One Commercial** | ☐ Unliquidated | |
| | **PO Box 5219** | ☐ Disputed | |
| | **Carol Stream, IL 60197-5219** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Credit card purchases** | |
| | Last 4 digits of account number  **0415** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,300.00** |
| | **Metal's & Services Co.** | ☐ Contingent | |
| | **145 N. Swift Rd.** | ☐ Unliquidated | |
| | **Addison, IL 60101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor Account** | |
| | Last 4 digits of account number  **5482** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$309.00** |
| | **Napco Steel, Inc.** | ☐ Contingent | |
| | **1800 Arthur Dr.** | ☐ Unliquidated | |
| | **West Chicago, IL 60185** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor Account** | |
| | Last 4 digits of account number  **2923** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,326.45** |
| | **Nicor Gas** | ☐ Contingent | |
| | **PO Box 5407** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Utility services** | |
| | Last 4 digits of account number  **0915** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,918.66** |
| | **Old Second Bank** | ☐ Contingent | |
| | **Card Member Services** | ☐ Unliquidated | |
| | **PO Box 790408** | ☐ Disputed | |
| | **Saint Louis, MO 63179-0408** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Credit card purchases** | |
| | Last 4 digits of account number  **1115** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **HYDRO-FLO TECHNOLOGIES, INC.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address

**Patrick, Frank & Samotny**
**150 S. Wacker Dr. Ste 1500**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number  **0004**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services rendered**

Is the claim subject to offset?  ■ No  ☐ Yes

**$215.00**

---

**3.48** | Nonpriority creditor's name and mailing address

**Principal Life Insurance**
**PLIC-SBD Grand Island**
**PO Box 10372**
**Des Moines, IA 50306-0372**

Date(s) debt was incurred _

Last 4 digits of account number  **0102**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Account**

Is the claim subject to offset?  ■ No  ☐ Yes

**$524.46**

---

**3.49** | Nonpriority creditor's name and mailing address

**Priority Products**
**320 N. 6th St.**
**Saint Charles, IL 60174**

Date(s) debt was incurred _

Last 4 digits of account number  **5925**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Account**

Is the claim subject to offset?  ■ No  ☐ Yes

**$10.03**

---

**3.50** | Nonpriority creditor's name and mailing address

**Promix Mixing Equipment**
**6741 Columbus Rd. Ste 11**
**Mississauga Ontario Canada L5T 2G9**

Date(s) debt was incurred _

Last 4 digits of account number  **2246**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Account**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,328.00**

---

**3.51** | Nonpriority creditor's name and mailing address

**Pump Supply Inc.**
**860 Church Rd.**
**Elgin, IL 60123**

Date(s) debt was incurred _

Last 4 digits of account number  **0801**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Account**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,733.38**

---

**3.52** | Nonpriority creditor's name and mailing address

**Pumps & Processes**
**2585 Millennium Dr. Ste F**
**Elgin, IL 60124**

Date(s) debt was incurred _

Last 4 digits of account number  **5028**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Account**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,567.42**

---

**3.53** | Nonpriority creditor's name and mailing address

**Quality Welding Service**
**1788 Wildwood Dr.**
**Suamico, WI 54173**

Date(s) debt was incurred _

Last 4 digits of account number  **5010**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Account**

Is the claim subject to offset?  ■ No  ☐ Yes

**$175.36**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **HYDRO-FLO TECHNOLOGIES, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$525,000.00** |
|---|---|---|---|

**Russell Lane**
**1334 Hinman Ave.**
**Evanston, IL 60201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0555**

Basis for the claim:  **business loans**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,360.00** |
|---|---|---|---|

**Semler Industries**
**3800 Carnation St.**
**Franklin Park, IL 60131-1202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3246**

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$152.00** |
|---|---|---|---|

**Specialty Towels, Inc.**
**PO Box 8**
**Lombard, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3095**

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,851.42** |
|---|---|---|---|

**Teri Julian**
**3985 Commerce Dr.**
**Saint Charles, IL 60175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2026**

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$526.04** |
|---|---|---|---|

**The Laser Shop**
**W209 N 17150 Industrial Dr.**
**Jackson, WI 53037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1638**

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63.00** |
|---|---|---|---|

**Tri-State Propane Exchange**
**PO Box 430**
**Minooka, IL 60447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0002**

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$246.31** |
|---|---|---|---|

**Unishippers**
**935 National Parkway Ste 93540**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7207**

Basis for the claim:  **Vendor Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **HYDRO-FLO TECHNOLOGIES, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.86 |
|---|---|---|---|

**United Parcel Service**
**Lockbox 577**
**Carol Stream, IL 60132-0577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor Account**

Last 4 digits of account number **9086**

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $740.16 |
|---|---|---|---|

**US Fire & Safety Equipment**
**6542 N. Milwaukee Ave.**
**Chicago, IL 60631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor Account**

Last 4 digits of account number **2187**

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Hinshaw Culbertson**<br>**100 Park Ave.**<br>**Rockford, IL 61105** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Lysinski & Associates, P.C.**<br>**4418 N. Milwaukee Ave.**<br>**Chicago, IL 60630** | Line **3.54**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Teller Levit & Silvertrust, PC**<br>**19 S. LaSalle Ste 701**<br>**Chicago, IL 60603** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $    0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 926,834.40 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 926,834.40 |

**Fill in this information to identify the case:**

Debtor name   **HYDRO-FLO TECHNOLOGIES, INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **HYDRO-FLO TECHNOLOGIES, INC.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Robert Julian, Jr** | **920 Hampton Course West Chicago, IL 60185** | **Theresa M. Julian** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **HYDRO-FLO TECHNOLOGIES, INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:      Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$1,615,540.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$36,103,440.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **HYDRO-FLO TECHNOLOGIES, INC.**                                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **HFT Loan Acquisitions Taft Stettinius & Hollister LLP 111 East Wacker, Ste 2800 Chicago, IL 60601** | **forced sale of securing collateral including but not limited to, all inventory, equipment, accounts, chattel paper, instruments, letters of credit rights, letters of credit, documents, deposit accounts, investment property, money, rights to payment and performance and general intangibles related to the business of manufacturing equipment suitable for process water, potable water and wastewater treatment applications** | **11/28/2016** | **$356,542.18** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Russell Lane v. Robert Julain, Jr. individually and as agent of Hydro-Flo Technologies Inc., Theresa M Julian, indvidually and as agent of Hydro-Flo Technologies, Inc. 2017 L 000555** | **Contract** | **18th Judicial Circuit Dupage County Wheaton, IL 60187** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Hi-Grade Welding v. Hydro-Flo Technologies 2016-M1-129238** | **Contract** | **Circuit Court of Cook County Richard J. Daley Center Room 602 Chicago, IL 60606** | ☐ Pending ☐ On appeal ☐ Concluded |

Debtor    **HYDRO-FLO TECHNOLOGIES, INC.**    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3.  **Liebovich Bros. Inc. v.<br>Hydro-Flo Technologies<br>2016-AR-0309** | **Contract** | **17th Judical Circuit<br>400 W. State St. ste 215<br>Rockford, IL 61101** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Derrick B. Hager, P.C.<br>245 W. Roosevelt Rd.<br>Building 15, Suite 119<br>West Chicago, IL 60185** | **attorney fees, court filing fee** | **August 28,<br>2017** | **$1,335.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

---

Debtor    **HYDRO-FLO TECHNOLOGIES, INC.**                                    Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Hydro-Flo Technologies, Inc. 401(k) & Profit Sharing Plan** | EIN:  **36-3768129** |

Has the plan been terminated?
☐ No
■ Yes

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **HYDRO-FLO TECHNOLOGIES, INC.**                          Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Old Second Bank**<br>**801 Kirk Rd.**<br>**Saint Charles, IL 60174** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2017** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **HYDRO-FLO TECHNOLOGIES, INC.**                                     Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Apex CPA & Accounting**<br>**1652 E. Main St. #100**<br>**Saint Charles, IL 60174** | **1996 to date** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Pellias Investments LLC**<br>**1334 Hinman Ave.**<br>**Evanston, IL 60201** | |

Debtor    **HYDRO-FLO TECHNOLOGIES, INC.**                                    Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.2.    **Arbortech Corporation**<br>**3607 Chapel Hill Rd.**<br>**Johsburg, IL 60051-2515** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1.    **Pellias Investmetns LLC**<br>**1334 Hinman Ave.**<br>**Evanston, IL 60201** |
| 26d.2.    **Arbortech Corporation**<br>**3607 Chapel Hill Rd.**<br>**Johsburg, IL 60051-2515** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Robert Julian, Jr. | 3985 Commerce Dr.<br>Saint Charles, IL 60174 | President / CEO | 49% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Theresa M. Jullian | 3985 Commerce Dr.<br>Saint Charles, IL 60174 | Secretary | 51% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Russell Lane | 1334 Hinman Ave.<br>Evanston, IL 60201 | President / CEO | 12-31-2013<br>through 2-12-2016 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor    **HYDRO-FLO TECHNOLOGIES, INC.**    Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  7, 2017**

**/s/ Robert Julian, Jr.**                                **Robert Julian, Jr.**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Debtor   **HYDRO-FLO TECHNOLOGIES, INC.**                                  Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 6, 2017**

Signature of individual signing on behalf of the debtor        **Robert Julian, Jr.**
                                                               Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **HYDRO-FLO TECHNOLOGIES, INC.**

Debtor(s)

Case No.

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 1,000.00 |
| Prior to the filing of this statement I have received | $ 1,000.00 |
| Balance Due | $ 0.00 |

2.  The source of the compensation paid to me was:

■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September  7, 2017**

*Date*

**/s/ Derrick B. Hager**

**Derrick B. Hager 6286310**
*Signature of Attorney*
**Derrick b. Hager, P.C.**
**245 W. Roosevelt Rd.**
**Building 15, Suite 119**
**West Chicago, IL 60185**
**630-587-7490  Fax: 630-587-7493**
**dirkhager@sbcglobal.net**
*Name of law firm*

---

**D E R R I C K   B .   H A G E R**
A t t o r n e y   A t   L a w

Chapter 7 Corporate Bankruptcy Retainer Agreement for Legal Services

I/We the undersigned,      HYDRO-FLO TECHNOLOGIES, INC.      , (hereinafter the "CLIENT(s)") retain the law firm (herein after "THE FIRM") of Derrick B. Hager, Attorney at Law, (hereinafter the "ATTORNEY") for the purpose of performing legal services related to the filing of a petition in Bankruptcy under Chapter 7 of the United States Bankruptcy Code. The terms and conditions of the representation for legal services as set forth below contains the whole agreement between the Parties relating to the transactions contemplated by this Agreement and supersedes all previous understandings and agreements between the Parties relating to these transactions. Each Party acknowledges that, in agreeing to enter into this Agreement, it has not relied on any representation, warranty, collateral contract or other assurance (except those set out in this Agreement and any documents referred to in it) made by or on behalf of any other Party or any other person whatsoever before the execution of this Agreement. Each Party waives all rights and remedies which, but for this Clause, might otherwise be available to it in respect of any such representation, warranty, collateral contract or other assurance, provided that nothing in this Clause shall limit or exclude any liability for willful misconduct or fraud.

1.      TOTAL STANDARD FEES AND COSTS.

The total fees and costs of this representation for legal services is $   1,335.00  . This total amount consists of:

$      1,000.00      in attorney fees; $ 1,000.00      for performance of legal services related to the filing of a petition in Bankruptcy under Chapter 7 of the Bankruptcy Code, including but not limited to, the drafting, preparation, analyzing and finalization of all required documents, statements, schedules and statements of financial affairs;

$      335.00      in court filing fees;

$      00.00      for a credit report;

$      00.00      for tax transcripts, and;

STANDARD FEE LEGAL SERVICES:

o   Analysis of CLIENT's financial condition;
o   Advising CLIENT as to the advisability and/or eligibility of seeking relief in bankruptcy under chapter 7, 11 or 13 of the Bankruptcy Code;
o   Assisting CLIENT in assembling documents necessary for or in connection with the filing of a bankruptcy petition;
o   Assisting CLIENT in meeting all conditions precedent to making a petition for relief under the Bankruptcy Code and in meeting all conditions precedent to obtaining a discharge, if CLIENT is eligible to receive a discharge;
o   Preparing CLIENT for examination at the meeting of the creditors pursuant to Section 341 of the Bankruptcy Code;
o   Assisting CLIENT in the enforcement of the Automatic Stay, if required;
o   Communications with the CLIENT's bankruptcy trustee, as necessary;
o   Communications with the CLIENT's creditors, as necessary.

PRE PETITION PAYMENT UNDERSTANDING.

CLIENT(s) hereby understands that THE FIRM will not perform any of the above described services until the fees are paid in full; thereafter the petition in Bankruptcy under Chapter 7 of the Bankruptcy Code will be filed as soon as practicably possible (Attorney reserves the privilege to hold the petition for actual filing until either he has at least three other similar petitions ready to file or the next calendar Saturday, whichever occurs first in time, in order to maximize efficient use of the Attorney's time and minimize expense to the Client).

2.      ADDITIONAL FEES AND COSTS:

The charge of STANDARD FEES assumes that the Chapter 7 petition in bankruptcy will be relatively simple and will not require extraordinary time or additional court appearances beyond the Section 341 Meeting of Creditors. If you case becomes more complex, such as responding to a creditors objection or a request for a Rule 2004 examination (a deposition in bankruptcy) and my attendance at such examination, or defending an adversarial proceeding (a law suit in bankruptcy to determine dischargeability or denial of discharge), CLIENT agrees to pay for legal services beyond STANDARD FEES at an hourly rate of $250.00 per hour.

3.    CLIENT shall provide to the ATTORNEY all requested records and documents within 48 hours of such requests and will obtain written verification of authenticity of those records and documents as deemed necessary. CLIENT acknowledges that he/she is responsible for physically coming into possession of requested records and documents and does so at his/her own expense, if any.

4.    INDEMNIFICATION BY CLIENT: In the event any fees, sanctions, cost or expenses are assessed by the court pursuant to a Supreme Court Rule 137, 213(i) and 214 or similar provisions, against any members of the firm individually or DERRICK B. HAGER, ATTORNEY AT LAW, as a result of any false information provided by you or violations of said rules, you agree to indemnify said member of the firm and/or DERRICK B. HAGER, ATTORNEY AT LAW from the same and to pay any such fees, costs or expenses.

5.    REPRESENTATIONS. THERE HAVE BEEN NO REPRESENTATIONS OR GUARANTEES MADE BY US REGARDING THE OUTCOME OF THIS MATTER as to the obtaining of a judgment or order for relief sought by you or as to the nature or amount of any awards, distributions, attorney's fees, costs or any other aspect of this matter. Any discussion in this regard, past or present, are limited only to estimates or reasonable assessments based upon experience and judgment, and the information provided by us, but in no event should be considered as a representation promise or guarantee as to the result which might be obtainable, either in a contested trial or by way of a negotiated settlement.

6.    WITHDRAWAL: In the event that the undersigned fails to comply with the terms of this agreement or fails to cooperate, DERRICK B. HAGER, ATTORNEY AT LAW reserves the right to withdraw its representation in this matter.

7.    CLIENT has the right to terminate employment of THE FIRM at any time but such termination will not alter any rights or duties under the Retainer Agreement and such termination does not reduce the amount owed to THE FIRM or constitute grounds for any refund of monies paid except by agreement in writing.

8.    The undersigned have voluntarily entered into this Retainer Agreement, consisting of three (3) pages (including the signature page) and by the undersigned's signature(s) below agree to all the obligations, rights and duties herein.

Dated this _____31ST_____ day of ___AUGUST_____, 2017

Agreed and Signed:

_____
Attorney, Derrick B. Hager

_____
Client Signature (debtor)

ROBERT JULAN
_____
Client Name Printed (debtor)

_____
Client Signature (co-debtor)

_____
Client Name Printed (co-debtor)

245 W. ROOSEVELT RD.,BUILDING 15 - SUITE 400, WEST CHICAGO, IL 60185
(630)587-7490 FAX (630) 587-7493

# United States Bankruptcy Court
## Northern District of Illinois

In re   **HYDRO-FLO TECHNOLOGIES, INC.**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **65**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **September  7, 2017**          **/s/ Robert Julian, Jr.**

**Robert Julian, Jr./President**
Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re   **HYDRO-FLO TECHNOLOGIES, INC.**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                         **65**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September  6, 2017**

**Robert Julian, Jr./President**
Signer/Title

A&M Sheet Metal
6 N. 081 Hillside
Saint Charles, IL 60175


ABTREX Industries, Inc.
28530 Reynolds Ave.
Inkster, MI 48414


Air Service Company
211 Seegers Ave.
Elk Grove Village, IL 60007


AirGas USA
PO Box 802576
Chicago, IL 60680-2576


Alarm Detection Systems, Inc
1111 Church Rd.
Aurora, IL 60505


All Pro Transportation
PO Box 614
Crystal Lake, IL 60039-0614


Arbortech Corporation
3607 Chapel Hill Rd.
Johsburg, IL 60051-2515


Argo Industries
4430 N. 127th St.
Brookfield, WI 53005


Automation Direct
Lockbox 402417
Atlanta, GA 30384-2417


Bearing Headquarters
2515 Production
Saint Charles, IL 60174


Best Manufacturering
231 Powers Road . Hwy 251 N.
Rochelle, IL 61068

Blue Grace Logistics
Dept. 108
PO Box 4964
Houston, TX 77210-4964


C H Robinson Worldwide
PO Box 9121
Minneapolis, MN 55480-9121


Chicago Boiler Company
1300 Northwestern Ave.
Gurnee, IL 60031-2348


Chicago Chain & Trans
PO Box 3516
Oakbrook, IL 60522-3516


City of Saint Charles
2 E. Main Street
Saint Charles, IL 60174-1984


Coast 2 Coast Logistics
670 Superior Ct. Ste 103
Medford, OR 97504


Control Masters Inc.
5235 Katrine Ave.
Downers Grove, IL 60515


Custom FAB Co.
6026 Forest Hills Rd.
Loves Park, IL 61111


Dreisilker Electric
PO Box 661041
Chicago, IL 60666-1041


Elgin Paper Co.
1025 McLean Blvd.
Elgin, IL 60123


ENPRO
121 S. Lombard Rd.
Addison, IL 60101

Federal Express Corp.
PO Box 94515
Palatine, IL 60094-4515


Financial Pacific Leasing
PO Box 749642
Los Angeles, CA 90074-9642


Fox Valley Security Systems
30 N. Airlite
Elgin, IL 60123


Grainger
Dept. 834470221
Palatine, IL 60038-0001


Graybar Electric Company
12431 Collections Drive
Chicago, IL 60693-2431


Harmony Metal Fabricators
148 Industrial Drive
Gilberts, IL 60136


Harrington Ind. Plastic
PO Box 991099
Louisville, KY 40269


Hi-Grade Welding & MFG
140 E. Commerce Dr.
Schaumburg, IL 60173


Higgins & Burke, PC
2560 Foxfield Rd. Ste 200
Saint Charles, IL 60174


Hinshaw Culbertson
100 Park Ave.
Rockford, IL 61105


Illinois Machine Co. Inc.
421 Harvester Ct.
Wheeling, IL 60090

Indelco Plastics
6530 Cambridge St.
Minneapolis, MN 55426


Kal-Lite
40 River Rd.
Bow, NH 03304


Konica Minolta Bus Solutions
Dept CH 19188
Palatine, IL 60055-9188


Libovich Bros., Inc.
2116 Preston St.
Rockford, IL 61102


Linear Kinetics, Inc.
2 S. 154 Merril Ave.
Kaneville, IL 60144


Lysinski & Associates, P.C.
4418 N. Milwaukee Ave.
Chicago, IL 60630


Madison Company
27 Business Park Drive
Branford, CT 06405


Mar-Fre Manufacturing
2541 DuKane Dr.
Saint Charles, IL 60174


McMaster-Carr
PO Box 7690
Chicago, IL 60680-7960


Menard's
Capital One Commercial
PO Box 5219
Carol Stream, IL 60197-5219


Metal's & Services Co.
145 N. Swift Rd.
Addison, IL 60101

Napco Steel, Inc.
1800 Arthur Dr.
West Chicago, IL 60185


Nicor Gas
PO Box 5407
Carol Stream, IL 60197


Old Second Bank
Card Member Services
PO Box 790408
Saint Louis, MO 63179-0408


Patrick, Frank & Samotny
150 S. Wacker Dr. Ste 1500
Chicago, IL 60606


Principal Life Insurance
PLIC-SBD Grand Island
PO Box 10372
Des Moines, IA 50306-0372


Priority Products
320 N. 6th St.
Saint Charles, IL 60174


Promix Mixing Equipment
6741 Columbus Rd. Ste 11
Mississauga Ontario Canada L5T 2G9


Pump Supply Inc.
860 Church Rd.
Elgin, IL 60123


Pumps & Processes
2585 Millennium Dr. Ste F
Elgin, IL 60124


Quality Welding Service
1788 Wildwood Dr.
Suamico, WI 54173


Robert Julian, Jr
920 Hampton Course
West Chicago, IL 60185

Russell Lane
1334 Hinman Ave.
Evanston, IL 60201


Semler Industries
3800 Carnation St.
Franklin Park, IL 60131-1202


Specialty Towels, Inc.
PO Box 8
Lombard, IL 60148


Teller Levit & Silvertrust, PC
19 S. LaSalle Ste 701
Chicago, IL 60603


Teri Julian
3985 Commerce Dr.
Saint Charles, IL 60175


The Laser Shop
W209 N 17150 Industrial Dr.
Jackson, WI 53037


Tri-State Propane Exchange
PO Box 430
Minooka, IL 60447


Unishippers
935 National Parkway Ste 93540
Schaumburg, IL 60173


United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


US Fire & Safety Equipment
6542 N. Milwaukee Ave.
Chicago, IL 60631

# United States Bankruptcy Court
## Northern District of Illinois

In re   **HYDRO-FLO TECHNOLOGIES, INC.**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **HYDRO-FLO TECHNOLOGIES, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September  7, 2017**

Date

/s/ Derrick B. Hager

**Derrick B. Hager 6286310**

Signature of Attorney or Litigant

Counsel for   **HYDRO-FLO TECHNOLOGIES, INC.**

**Derrick b. Hager, P.C.**

**245 W. Roosevelt Rd.**
**Building 15, Suite 119**
**West Chicago, IL 60185**
**630-587-7490 Fax:630-587-7493**
**dirkhager@sbcglobal.net**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **HYDRO-FLO TECHNOLOGIES, INC.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **HYDRO-FLO TECHNOLOGIES, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September  6, 2017**

Date

Derrick B. Hager 6286310

Signature of Attorney or Litigant

Counsel for   **HYDRO-FLO TECHNOLOGIES, INC.**

**Derrick b. Hager, P.C.**
**245 W. Roosevelt Rd.**
**Building 15, Suite 119**
**West Chicago, IL 60185**
**630-587-7490 Fax:630-587-7493**
**dirkhager@sbcglobal.net**